UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: MELINDIA GAIL JACKSON,

    Debtor.

_____/

MELINDIA JACKSON,

    Appellant,

v.

CLERK, UNITED STATES
BANKRUPTCY COURT,

    Appellee.

_____/

Case No. 1:17-cv-0328-RJJ-PJG

Honorable Robert J. Jonker

## REPORT AND RECOMMENDATION

Melindia Gail Jackson appeals from decisions of the United States Bankruptcy Court, dated January 26, 2016, and February 24, 2016, respectively. (ECF No. 1). This Court entered a Brief Requirement Notice on May 5, 2017. (ECF No. 6). Pursuant to that notice, the deadline for filing Appellant's brief was June 5, 2017. (*Id.*, PageID. 45). Appellant failed to file a brief concerning her appeal.

Appellant filed, instead, a "Motion requesting for Compensation," which asked this Court to "sign an order for release and surrender exempt property, [along with] monetary payment in the amount of $500,000.00[.]" (ECF No. 7, PageID. 46) She also asked that a law firm involved in the foreclosure of her home be "removed and

sanction[ed] and fined under the federal consumer act for their part in the misdeeds." (*Id.*). The Court denied the motion on December 19, 2017. (ECF No. 10).

On December 20, 2017, the Court issued an order to show cause in writing why her case should not be dismissed for failure to file her appellate brief. (ECF No. 11). The Order warned Appellant "**that failure to timely file this explanation will result in the dismissal of this case**." (*Id.*, PageID.58). Appellant has not responded to the show cause order.

Accordingly, I recommend that her appeal be dismissed for failure to prosecute. **This Report and Recommendation serves as Appellant's last warning, and her last opportunity to avoid dismissal of her appeal by filing a timely objection as explained below.**

Dated:  January 25, 2018             /s/Phillip J. Green
                                     PHILLIP J. GREEN
                                     United States Magistrate Judge

### NOTICE TO PARTIES

ANY OBJECTIONS to this Report and Recommendation must be filed and served within fourteen days of service of this notice on you.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).  All objections and responses to objections are governed by W.D. Mich. LCivR 72.3(b).  Failure to file timely and specific objections may constitute a waiver of any further right of appeal.  *See Thomas v. Arn*, 474 U.S. 140 (1985); *Keeling v. Warden, Lebanon Corr. Inst.*, 673 F.3d 452, 458 (6th Cir. 2012); *United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).  General objections do not suffice.  *See McClanahan v. Comm'r of Social Security*, 474 F.3d 830, 837 (6th Cir. 2006); *Frontier Ins. Co. v. Blaty*, 454 F.3d 590, 596-97 (6th Cir. 2006).