UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: MELINDIA GAIL JACKSON,

    Debtor,

_____/

MELINDIA JACKSON                                     Case No. 1:17-CV-328

    Appellant,                                     HON. ROBERT J. JONKER

v.

CLERK, UNITED STATES
BANKRUPTCY COURT,

    Appellee.

_____/

**ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on January 25, 20186 (ECF No. 12). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 12) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Appellant's appeal is **DISMISSED** for failure to prosecute.

Date:   February 20, 2018               /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE